Entered: June 18th, 2025
Signed: June 17th, 2025

**SO ORDERED**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### *Baltimore Division*

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN RE:
Charles Mihalitsch
Colleen McMahon-Mihalitsch
     Debtor

                                 Case No. 24-11334-DER

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION
TRUST                              Chapter 13
     Movant

vs.
                                 MFR ECF No. 19

Charles Mihalitsch
Colleen McMahon-Mihalitsch
     Debtor

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 526 VICTORIA DRIVE, STEVENSVILLE, MARYLAND 21666

Upon review of the Motion for Relief from the Automatic Stay (ECF No. 19) filed herein by U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust ("Movant"), and no response having been filed by any party in interest, it is hereby,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the deed of trust, promissory note, and state law, including but not limited to the initiation or continuation of foreclosure proceedings in the Circuit Court for Queen Anne's, Maryland, against the property known as 526 Victoria Drive, Stevensville, Maryland 21666 ("Property"), to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is

further,

ORDERED, that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit plan payments related to the arrearages set forth in the Proof of Claim filed by Movant; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be reimposed as to Debtor's interest or the bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

## END OF ORDER

cc:

Chetan Gopal, Esq.
Robertson, Anschutz, Schneid & Crane & Partners PLLP
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Counsel for Movant*

Alon Nager
10015 Old Columbia Road
Ste B215
Columbia, MD 21046
*Counsel for Debtor*

Charles Mihalitsch
526 Victoria Drive
Stevensville, MD 21666
*Debtor*

Colleen McMahon-Mihalitsch
526 Victoria Drive
Stevensville, MD 21666
*Co-Debtor*

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

**END OF ORDER**